UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDZER VALLES,<br>   Plaintiff, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br> <br> Civil Action No. 3:21-CV-1390 (JAM) <br> <br> <br> <br> <br> <br> JANUARY 11, 2022 |
| v. | | |
| NUZZO ELECTRICAL CONTRACTORS, ET AL.<br>   Defendants. | | |

**JOINT MOTION TO SET SETTLEMENT CONFERENCE**

The Parties are currently scheduled to appear on January 12, 2022 before the Honorable Robert M. Spector for a telephonic Pre-Settlement Conference. *See Dkt. No. 21*. As stated in the Court's original Order dated December 27, 2021 (*Dkt. No. 16)*, the purpose of the Pre-Settlement Conference is to select a date for the settlement conference when all counsel and clients will be available over the next 90 days, and to "discuss what information needs to be exchanged and anything else that needs to be accomplished prior to the settlement conference for the discussions to be productive." Undersigned counsel have conferred with their clients and propose the following dates of availability for the settlement conference: February 11, 2022 (starting at 11:00 am, or later)[1], February 25, 2022 (starting at 11:00 a.m.), or March 21, 2022. The Parties anticipate that they will have the information required for a productive settlement conference based upon information exchanged through the initial discovery protocols. That information is currently due to be exchanged on, or before January 20, 2022.

---

[1] Counsel for Defendants has a standing Board meeting from 7:30-10:30 am every Friday.

WHEREFORE, the Parties respectfully move the Court to set the settlement conference for one of the above dates, and if so inclined, cancel the pre-settlement conference currently scheduled for January 12, 2022.

RESPECTFULLY SUBMITTED,

PLAINTIFF,
EDZER VALLES

By:    /s/   ct 30951
Trevor Brice, Esq. (ct 30951)
Law Offices of Wyatt & Associates PLLC
17 Elm Street Suite C 211
Keene, NH 03431
Tel.: 603-357-1111
Email:Trevor@wyattlegalservices.com
- His Attorneys -

DEFENDANTS,
NUZZO ELECTRICAL CONTRACTORS AND
FRANK NUZZO, JR.

By:    /s/   ct 20986
Elizabeth K. Acee, ct 20986
Barclay Damon, LLP
545 Long Wharf Drive, 9th Fl.
New Haven, CT 06511
Tel.: (203) 672-2659
Fax: (203) 654-3260
E-mail: eacee@barclaydamon.com
- Their Attorneys -

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 11, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                              /s/   ct 20986
                                              Elizabeth K. Acee